IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

**S. RENEE MITCHELL**,

    Plaintiff,

        v.

**GROOWIN, INC.,**  a Delaware Corporation,
and **MOHAMED MANCONA KANDÉ,**

    Defendants.

No. 3:14-cv-01385-MO

ORDER

**MOSMAN, J.**,

Defendants, Groowin, Inc and Mohamed Mancona Kandé ("Defendants") filed a Rule 12(b)(6) Motion to Dismiss S. Renee Mitchell's ("Plaintiff") Seventh and Eighth Claims for Relief [7]. After reviewing the party's petitions, I have determined that Plaintiff has failed to allege sufficient facts to establish a claim for intentional infliction of emotional distress (Claim Seven). Additionally, Plaintiff concedes her claim for wrongful discharge (Claim Eight) should be dismissed. Therefore, I GRANT Defendants Motion and DISMISS claims Seven and Eight.

IT IS SO ORDERED.

DATED this   20th   day of November, 2014.

                                        /s/ Michael W. Mosman
                                        MICHAEL W. MOSMAN
                                        United States District Judge

1 –ORDER